### STATE OF CONNECTICUT *v.* DANIEL A. WILKAS

The motion by the defendant to open the order granting certification for appeal from the Appellate Division of the Circuit Court is denied.

*Fred B. Rosnick,* in support of the motion.

*Arnold Markle,* chief prosecuting attorney, and *Francis M. McDonald,* deputy chief prosecuting attorney, in opposition.

Submitted January 3—decided January 6, 1967

### RONALD TRACY *v.* EVERETT R. JOHNSON ET AL.

On motion of the appellant, in the above-entitled case, the Superior Court in Fairfield County is directed to order that the appellant be furnished, at the expense of the state, with a transcript of the proceedings in that court.

*Richard S. Weinstein,* on the motion.

Submitted December 30, 1966—decided January 10, 1967

### MARGUERITE L. NOWELL *v.* AMES NOWELL

The motion by the defendant for review, dated December 9, 1966, in the appeal from the Superior Court in Fairfield County is denied.

*John J. Sullivan,* on the motion.

Submitted December 27, 1966—decided January 17, 1967